# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> MARIA FIGUEROA-NEGRETE, <br><br> Defendant. | Case No. 17cr4442 JM <br><br> **ORDER** <br> **RE JOINT MOTION TO CONTINUE MOTION HEARING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the Motion/Trial Setting Hearing (Doc. No. 22) in this matter, currently scheduled for April 20, 2018, to ***June 1, 2018, at 11:00 a.m***., is granted. Time should be excluded in accordance 18 USC Section 3161.

**IT IS SO ORDERED**.

Dated: April 19, 2018

**JEFFREY T. MILLER**
UNITED STATES DISTRICT JUDGE