UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 17cr4442 JM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |
| v. | |
| **MARIA FIGUEROA-NEGRETE,** | |
| Defendant. | |

For good cause shown and upon joint motion of the parties (Doc. No. 26), **IT IS HEREBY ORDERED** that the Motion /Trial Setting Hearing currently set for June 1, 2018, be continued to *June 15, 2018 at 11:00 a.m*. As agreed by the parties, the Court excludes time under 18 USC § 3161.

**IT IS SO ORDERED**.

Dated: May 30, 2018

**JEFFREY T. MILLER**
United States District Judge